DANIEL G. BOGDEN
United States Attorney
PAMELA A. MARTIN
Assistant United States Attorney
333 Las Vegas Blvd., South, Ste. 5000
Las Vegas, Nevada 89101
(702)388-6336 / Fax: (702)388-6698

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:00-CR-266-RLH-RJJ |
| v. | ) **ORDER FOR DISMISSAL** |
| BASEM AWADALLAH, | ) |
| Defendant. | ) |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon the United States Attorney for the District of Nevada hereby dismisses without prejudice the indictment in the above-entitled matter as to defendant BASEM AWADALLAH, only.

The defendant BASEM AWADALLAH was indicted July 26, 2000, under case number 2:00-cr-266-RLH-RJJ. A Notice of Related Case has been filed.

DATED this 5th day of December, 2011.

                                        DANIEL G. BOGDEN
                                        United States Attorney

                                        /S/ Pamela A. Martin
                                        PAMELA A. MARTIN
                                        Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this 6th day of December, 2011.

                                        _____
                                        UNITED STATES DISTRICT JUDGE